```
 1                 UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
 2                       ORLANDO DIVISION

 3                                      :
     REYNALDO RUIZ,                     :
 4                                      :
          Plaintiff,                    :
 5                                      :    Case No.:
                                        :    6:22-cv-315-CEM-DCI
 6   v.                                 :
                                        :    Orlando, Florida
 7                                      :    September 14, 2022
                                        :    9:15 a.m.
 8   WASTE PRO OF FLORIDA, INC.,        :
                                        :
 9        Defendant.                    :
                                        :
10                                      :

11              TRANSCRIPT OF SETTLEMENT CONFERENCE
            BEFORE THE HONORABLE LESLIE HOFFMAN PRICE
12                  UNITED STATES MAGISTRATE JUDGE

13   APPEARANCES:

14   For the Plaintiff:           C. Ryan Morgan
                                  Morgan & Morgan, P.A.
15                                20 North Orange Avenue
                                  Suite 1600
16                                Orlando, Florida 32801

17   For the Defendant:           Amy S. Shay F/K/A Amy S. Tingley
                                  Stovash, Case & Tingley, PA
18                                220 N. Rosalind Avenue
                                  Orlando, FL 32801

19

20
     Proceedings recorded by electronic recording.
21   Transcript produced by computer-aided transcription.

22                       Transcribed by:
              Suzanne L. Trimble, RPR, WACCR, CRR
23                 U.S. Official Court Reporter
           (407) 900-8775 | trimblecourtreporter@gmail.com
24    401 West Central Boulevard, Suite 4600, Orlando, Florida 32801

25
```

T A B L E   O F   C O N T E N T S

PROCEEDINGS                                                    PAGE

September 14, 2022



OTHER

Colloquy Re: Introductions and Instructions .............3
Colloquy Re: Settlement .................................6

P R O C E E D I N G S

1
2     **THE COURTROOM DEPUTY:**  Case No. 6:22-cv-315, Reynaldo
3  Ruiz v. Waste Pro of Florida, Inc.
4     Counsel, please state your appearances for the record.
5     **MR. MORGAN:**  Good morning, Your Honor.  This is Ryan
6  Morgan and Mr. Ruiz on behalf of Plaintiff.
7     **THE COURT:**  Good morning.
8     **MS. TINGLEY:**  Good morning.  Amy Tingley from Stovash,
9  Case & Tingley, on behalf of Waste Pro of Florida, and with me
10 is Tim Dolan.
11    **THE COURT:**  Good morning.  Good morning, Mr. Dolan.
12 Good morning, Mr. Ruiz.  As you can see, I'm not in my robe
13 today, and that's because we're here for a settlement
14 conference, and I'm putting my mediator hat on in about 30
15 seconds when we go off the record.  But I just did want to go
16 on the record so everybody can make their appearances and just
17 give you a quick lay of the land of how it's going to work.
18 The attorneys who have appeared in settlement conferences
19 before me already know this whole -- I call it a spiel, but I
20 want to do it for the parties as well.
21    Once we go off the record, I'm going to put
22 Ms. Tingley and Mr. Dolan in my jury room, and that's where
23 you'll be, because you're going to be here all day today and I
24 think that it will be comfortable.  There's private restrooms
25 in there and there's Wi-Fi, and you can spread out.

1      Mr. Morgan, I'm going to let you stay in here, and
2  that way as your clients come in and out it will probably be a
3  little bit easier to get ahold of everybody.
4      We're not going to have opening statements for any of
5  the settlement conferences today.  First of all, we just don't
6  have time, and second of all, I just never find them to be
7  helpful.  And then what I will do, based on the documentation
8  that the parties presented to me in their confidential
9  statements -- and thank you both very much, it was very
10 helpful.
11     It looks like with respect to Mr. Ruiz, the last offer
12 was made by the Plaintiff.  Is that correct, Mr. Morgan?
13     **MR. MORGAN:**  That is correct.
14     **THE COURT:**  Ms. Tingley, is that your understanding as
15 well?
16     **MS. TINGLEY:**  No.  It was my understanding that we did
17 make one more offer.
18     **THE COURT:**  And what was that, ma'am?
19     **MS. TINGLEY:**  That was the 5,000.  Wasn't that?  It
20 was Mr. Pierce.  I was out sick.
21     **MR. MORGAN:**  Yes.  Yes.  I think I may have put that
22 in my statement.  Let me see -- double check one of these
23 things here.
24     **THE COURT:**  Okay.  Well, the only reason I need to do
25 that and then we can keep -- I know this is an FLSA settlement,

1  so everything is going to be on the record no matter what. But
2  let's not get too into the weeds on that right now.
3        I think then what I'll do is start with you,
4  Mr. Morgan, for the next one. That's what I was just trying to
5  figure out is where we left off. And that way, also,
6  Mr. Dolan, it will give you a chance to get settled. I'm going
7  to have my law clerk then go downstairs and grab your cell
8  phone for you and bring it up for you.
9        **MR. DOLAN:** Okay. And the laptop.
10       **THE COURT:** And your laptop. Okay. Anything else?
11       **MR. DOLAN:** Nope. That's it.
12       **THE COURT:** Okay. And the reason I'm going to do that
13  is, when you're in that room, the only way to get in and out of
14  that room is to come through the courtroom, because otherwise
15  there's another door there that's going to put you into a
16  secure hallway and you're going to wind up with a bunch of
17  armed guards going, "What are you doing?" You don't want to do
18  that. So we'll take care of that for you, and then I just ask
19  you to sit tight because I'll be here with Mr. Morgan and
20  Mr. Ruiz for a little bit.
21       **MR. DOLAN:** Okay.
22       **THE COURT:** Any questions, Mr. Morgan, or, Mr. Ruiz,
23  while we're on the record and all together?
24       **MR. MORGAN:** I don't think so, no.
25       **THE COURT:** Okay. Ms. Tingley, any questions from you

1    or your client before we go off the record?

2            **MS. TINGLEY:**  No, Your Honor.

3            **THE COURT:**  All right.  Thank you very much.  Then

4    we're going to go off the record and I will be back.

5        (Pause in Recording.)

6            **THE COURTROOM DEPUTY:**  Waste Pro of Florida, Inc.,

7    Case 6:22-cv-315.

8            **THE COURT:**  Good morning, again.  I'm happy to report

9    that we have reached a settlement in full of this case, and

10   because it is an FLSA settlement, I will be putting the terms

11   on the record, on the public record.  And also I note that the

12   presiding district judge, Judge Mendoza, has given me the

13   authority to assess and determine whether or not the settlement

14   is fair and reasonable under *Lynn's Foods*.  So I will make that

15   finding at this time as well.

16           The terms for settlement are:  Payment of $7,500 to

17   Mr. Ruiz, which will encompass any and all claims that Mr. Ruiz

18   could or should or has brought in this case against the

19   Defendant Waste Pro of Florida.  That includes claims for

20   compensation and liquidated damages.  And that is in exchange

21   for releasing all such claims that I just stated.

22       The terms also exclusive of attorney's fees.  Attorney's

23   fees will be negotiated separate and apart by a separate

24   settlement conference with the parties.

25       Mr. Morgan, does that summarize all of the salient terms

1    that we need to get on the record?
2            **MR. MORGAN:** Yes, Your Honor.
3            **THE COURT:** Okay. And do you agree with those terms?
4            **MR. MORGAN:** We do, yes.
5            **THE COURT:** Okay. Mr. Ruiz, do you agree to the terms
6    as I have just stated them?
7            **MR. RUIZ:** Yes.
8            **THE COURT:** Okay. Ms. Tingley, do you agree to the
9    terms as I just stated them?
10           **MS. TINGLEY:** Yes, Your Honor.
11           **THE COURT:** Anything I need to clarify on the record?
12           **MS. TINGLEY:** The only thing that I would add is if
13   Mr. Ruiz could provide a W-9, we could process his check
14   immediately.
15           **THE COURT:** Very good. Yes. So as soon as Mr. Ruiz
16   provides a W-9 to Waste Pro, we'll get the ball rolling on your
17   money.
18           And then last but not least, Mr. Dolan, do you
19   understand and agree to the terms as I have just stated them?
20           **MR. DOLAN:** Yes, Your Honor.
21           **THE COURT:** Very good. So then this case is settled.
22           I will say for the record that I do find it to be a
23   fair and reasonable settlement under *Lynn's Foods*; therefore,
24   no party will need to file a motion approving the settlement
25   agreement. That will conclude the matter here. I want to --

1    It was very nice meeting you, Mr. Ruiz. I wish you
2    safe travels home.
3    We're going to take a five-minute break, just to get
4    everybody set up for the next settlement conference. And,
5    Mr. Dolan, and, Ms. Tingley, you can go back into the jury
6    room, and I will come in in about five minutes -- actually, you
7    know what, you might as well stay here because I'm going to
8    have to go on the record for the next one. But if you want to
9    stretch your legs, take a bathroom break or whatever, we'll
10   start up in about five minutes.
11   **MS. TINGLEY:** I would like to do that, please.
12   **THE COURT:** Absolutely. Very good. Thank you. We'll
13   be in recess.
14   (WHEREUPON, this matter was concluded at 10:37 a.m.)
15
16                          -   -   -
17                   **CERTIFICATE OF REPORTER**
18   I certify that the foregoing is a correct transcript from the
     official electronic sound recording of the proceedings in the
19   above-titled matter.
20
21   s/Suzanne L. Trimble                          9/28/22
     Suzanne L. Trimble, CRR, RPR, WACCR            Date
22   U.S. Official Court Reporter
23
24
25